UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELA HARVIN, et al.,

    Plaintiffs

    v.                                              Civil Action No. 02-729 JGP

THE DISTRICT OF COLUMBIA, et al.,

    Defendants

## JOINT MOTION TO CORRECT SETTLEMENT TERMS

Plaintiffs and defendants jointly request that the court correct the Judgment in this case so that it reflects that the agreed settlement is $150,000 which includes costs and attorneys fees.

In the Motion for Approval of Settlement, inadvertently counsel stated that costs and fees were in addition to the $150,000 figure. In fact, and as negotiated and agreed to between all parties, that amount includes costs and fees.

Therefore, the parties respectfully request that the court correct the Judgment to reflect that the settlement is $150,000 inclusive of costs and fees.

Respectfully submitted,

_____
Nina Kraut #348185
3815 Yuma Street, NW
Washington, DC 20016
202 745 0300
202 745 0300*51 FAX
ninakraut@aol.com


_____
Robert A. deBerardinis, Jr. #335976
Assistant D.C. Corporation Counsel
PO Box 14600
Washington, DC 20044-4600
202 724 6602

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGELA HARVIN, et al.,

   Plaintiffs

   v.                                  Civil Action No. 02-729 JGP

THE DISTRICT OF COLUMBIA, et al.,

   Defendants

ORDER

Upon consideration of the parties' Joint Motion To Correct Settlement Terms, and the entire record herein, it is by the court on this _____ day of _____ 2003

ORDERED that the parties' Joint Motion To Correct Settlement Terms be and hereby is granted; and it is further

ORDERED that the Judgment for Plaintiff, issued on the 5th day of August 2003, be and hereby is corrected to reflect that the Judgment entered in favor of Joseph Bennett and against the District of Columbia is $150,000, inclusive of costs and attorneys fees.

                                          _____
                                          UNITED STATES DISTRICT COURT JUDGE

Copies to:

| | |
|---|---|
| Nina Kraut | Robert A. deBerardinis, Jr. |
| 3815 Yuma Street, NW | Assistant DC Corporation Counsel |
| Washington, DC 20016 | PO Box 14600 |
| 202 745 0300 | Washington, DC 20044-4600 |
| 202 745 0300*51 FAX | 202 724 6602 |
| ninakraut@aol.com | |